UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACALYN ROBBINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIMORTGAGE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 16-CV-04732-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Andrei Armas
Defendant CitiMortgage's Attorney: Alexandra Whitworth
Defendant Experian's Attorney: Greg Martin
Defendant Equifax's Attorney: Thomas Quinn
Defendant TransUnion's Attorney: Franci Fealk

　　　An initial case management conference was held on November 16, 2016. A further case management conference is set for March 1, 2017, at 2:00 p.m. The parties shall file their joint case management statement by February 22, 2017.

　　　The discovery limits of the Federal Rules of Civil Procedure shall govern this case.

　　　The parties shall participate in a Magistrate Judge Settlement Conference with Judge Cousins on or before February 16, 2017.

　　　The parties shall serve initial disclosure by November 30, 2016.

1

Case No. 16-cv-04732-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | December 15, 2016 |
| Further Case Management Conference | March 1, 2017, at 2:00 p.m. |
| Close of Fact Discovery | June 30, 2017 |
| Opening Expert Reports | June 2, 2017 |
| Rebuttal Expert Reports | June 30, 2017 |
| Close of Expert Discovery | July 28, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | September 21, 2017 |
| Hearing on Dispositive Motions | November 2, 2017, at 1:30 p.m. |
| Final Pretrial Conference | January 25, 2018, at 1:30 p.m. |
| Jury Trial | February 5, 2018, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: November 16, 2016

_____
LUCY H. KOH
United States District Judge