IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACALYN ROBBINS

Plaintiff,

v.

CITIMORTGAGE, INC., et al.,

Defendants.

_______________________________________/

Case No. 16-cv-04732 LHK (NC)

**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**

On April 13, 2017, counsel for Defendant Experian Information Solutions, Inc. submitted a request for its client representative Mike Rozak to appear telephonically at the settlement conference set for April 25, 2017, at 9:30 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Mike Rozak must stand by beginning at 9:30 a.m. and for the duration of the settlement conference..

Dated: April 14, 2017

NATHANAEL COUSINS
United States Magistrate Judge