**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**CARDOZA LAW CORPORATION**
Michael F. Cardoza, Esq. (194065)
Mike.cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700

*Attorneys for Plaintiff,*
Jacalyn Robbins

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JACALYN ROBBINS,**<br><br>Plaintiff,<br><br>v.<br><br>**CITIMORTGAGE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; AND, TRANS UNION LLC,**<br><br>Defendants. | **Case No.:** 16-cv-4732 LHK<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>**HONORABLE LUCY H. KOH** |

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff JACALYN ROBBINS ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") only has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of Experian with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements with regard to Experian be vacated and that the Court set a deadline on or after June 23, 2017 for filing a Joint Dismissal.

For purposes of clarity, Plaintiff's claims as alleged against Defendant CITIMORTGAGE, INC. ("Citi") are the sole claims remaining in this Action.

Date: April 23, 2017

**KAZEROUNI LAW GROUP, APC**

By: /s Matthew M. Loker
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Experian* has been filed this 23rd day of April 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

/s/ Matthew M. Loker
Matthew M. Loker