# PLAINTIFF'S EXHIBIT 23

_____

In The Case Of

*Jacalyn Robbins,*

v.

*CitiMortgage, Inc.; Experian Information Solutions, Inc.; Equifax Information Services LLC; and, Trans Union LLC,*

**16-cv-4732 LHK**

KAZEROUNI LAW GROUP, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420
(805) 335-8455

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
 3
 4
        JACALYN ROBBINS,
 5
                    Plaintiff,
 6                                        CIVIL ACTION FILE
                vs.
 7                                        NO. 16-cv-4732 LHK
        CITIMORTGAGE, INC.;
 8      EXPERIAN INFORMATION
        SOLUTIONS, INC.; EQUIFAX
 9      INFORMATION SERVICES LLC;
        AND TRANS UNION LLC,
10
                    Defendants.
11      ~~~~~~~~~~~~~~~~~~~~~~~~~~
12
13
14          VIDEO TELECONFERENCE DEPOSITION OF
15                    JOHN ULZHEIMER
16
17                 September 18, 2017
18                    10:15 a.m.
19                  Atlanta, Georgia
20
21
22
23
24      S. Julie Friedman, CCR-B-1476
25      Pages 1 - 85
```

Page 1

```
 1                APPEARANCES OF COUNSEL
 2     On behalf of the Plaintiff:
 3          KAZEROUNI LAW GROUP, APC
 4          MATTHEW M. LOKER, ESQ. (Via VTC)
 5          245 Fischer Avenue
 6          Unit D1
 7          Costa Mesa, California  92626
 8          800.400.6808
 9          800.520.5523 Fax
10          ml@kazlg.com
11
12     On behalf of the Defendants:
13          BRYAN CAVE LLP
14          ALEXANDER C. WHITWORTH, ESQ.  (Via VTC)
15          Three Embarcadero Center
16          7th Floor
17          San Francisco, California  94111-4070
18          415.675.3463
19          alex.whitworth@bryancave.com
20
21
22
23
24
25
                                              Page 2
```

1    first one is not surprisingly called Metro.
2            And by June of next year, everyone is
3    going to be required to be fully converted off of
4    Metro and on to Metro 2.  Yet, Metro 2 has critical
5    mass in the credit reporting industry at this point.
6        Q.   Okay.  I appreciate that.
7        A.   Sure.
8        Q.   And the codes, do they vary state to
9    state; or are they universal for each state?
10       A.   Did you say state to state?
11       Q.   Exactly.
12       A.   There's nothing in the Metro 2 Manual that
13   I've ever seen in any of the versions of the manual
14   -- and I've got at least a dozen of them, if not
15   more -- that specify use of the codes in Metro 2 to
16   vary depending on geography, whether it be state by
17   state or any other type of geographic breakdown.
18       Q.   Okay.  Page 12 of your report, John,
19   that's where we get to your first opinion --
20       A.   Correct.
21       Q.   -- Opinion 1 being:  "Citi Did Not Report
22   the Plaintiff's Mortgage Loan As Being a
23   'Foreclosure,' But Instead, Accurately Reported the
24   Subject Loan As 'Foreclosure Process Started.'"
25            Did I read that right?

```
 1         A.    You did.  Yes.
 2         Q.    Okay.  And how did you reach that
 3   conclusion?
 4         A.    Well, primarily, because of what we just
 5   discussed, the Metro 2 coding, what Citi furnished.
 6   None of those codes are representative of
 7   foreclosure; but are, instead, representative of the
 8   foreclosure proceedings being started.
 9               And those are spelled out.  If you --  As
10   you work through the -- that particular opinion, I
11   actually took screen captures of the -- what I felt
12   were the meaningful sections of the Metro 2 Manual or
13   the Credit Reporting Resource Guide that actually
14   show those codes and under what conditions to use
15   those codes.
16               And it appears that Citi used the codes,
17   actually, two different codes that both represent
18   foreclosure process started on a credit report,
19   rather than foreclosure as in past tense.
20         Q.    Right.  Okay.  And what is a foreclosure?
21         A.    My understanding of a foreclosure is when
22   the lender goes through the legal process of claiming
23   the collateral that's securing a loan or loans
24   associated with a piece of real estate generally,
25   because payments are not being made or the loan is
```

```
 1      Opinion No. 1, were there any other facts or, you
 2      know, documents you reviewed to conclude in this
 3      manner?
 4           A.   Yes.  There were some ACDVs, A-C-D-V,
 5      ACDVs that I believe contained, if I recall
 6      correctly, the codes that we've -- that we're talking
 7      about, the BO Code and perhaps even the 65 Account
 8      Status Code.
 9           Q.   Okay.  And since it was mentioned, can you
10      state what ACDV stands for.
11           A.   ACDV is an automated consumer dispute
12      verification form.
13           Q.   And what is that?
14           A.   An ACDV is a form that is generated by the
15      credit reporting agencies when a consumer files a
16      dispute of an entry directly with them.  The
17      dispute -- Or the nature of the dispute, rather, is
18      captured in the ACDV, which is then transmitted to
19      the furnishing party, normally a bank or a financial
20      services company or a debt collector.
21                As part of the reporting agency's
22      obligation to perform an investigation into this --
23      the disputed item, the furnisher will then receive
24      the ACDV normally.  Well, I think exclusively now at
25      this point over a communication protocol called
```

Page 19

```
 1        e-Oscar, O-S-C-A-R, e-Oscar; and then they will
 2        essentially, quote, unquote, work the ACDV
 3        internally.
 4              And then once they have completed their
 5        internal investigation of the disputed item, then
 6        they will return the ACDV back to the reporting
 7        agencies again through e-Oscar with the results of
 8        their reinvestigation and, also, any direction
 9        regarding modifications or deletions or suppressions
10        of the trade line, as appropriate.
11        Q.    Okay.  So if there is an ACDV, just to
12        kind of summarize what you said, the ACDV itself
13        shows that there's a dispute by the consumer sent to
14        the bureaus, the bureaus sent the ACDV to the
15        furnisher, and the furnisher responded in some
16        manner?
17        A.    That's correct.  Yes.
18        Q.    Okay.  And how's that different than an
19        AUD?
20              Actually, what is an AUD?
21        A.    So an AUD is an acronym for an automated
22        universal data form.  You'll also see them sometimes
23        referred to as UDFs.  It's the same exact form.  It's
24        just somehow it's --  The name has evolved over time,
25        but it's the same exact form.
```

Page 20

```
 1       started.  That's why you don't give it as much value?
 2          A.    Well --
 3                MS. WHITWORTH:  Objection.  Vague.
 4                THE WITNESS:  Well, it's not a denial at
 5          all.  That's the first reason that I don't
 6          consider it to be a denial, because the letter
 7          clearly suggests that it wasn't a denial but,
 8          rather, a counteroffer, so that's the primary
 9          issue with that particular -- with that
10          particular letter.  It is being portrayed as a
11          denial of credit when, in fact, it's just --
12          It's a counteroffer.
13                And we don't really know what happened
14          after the counteroffer was made, what the status
15          of the loan or what the, you know, what the next
16          steps that were taken.  We don't know what that
17          stuff is.
18          Q.    (By Mr. Loker)  Okay.  So then just, you
19     know, a hypothetical, so I can use the right
20     language.  If there was a denial letter and that
21     listed foreclosure starting mark as one of the
22     reasons, would you see damages because of that if the
23     mark itself was inaccurate?
24          A.    If --  I mean, clearly, if the primary
25     reason for credit denial, a credit denial is
```

Page 32

1   something that is incorrect credit reporting and in
2   the absence of that item, a different decision would
3   have been made, then I think you have a better
4   argument that this caused some sort of credit damages
5   than, a, if it wasn't a denial, b, if the reporting
6   was correct, and, c, if the decision would have been
7   made by the lender regardless of whether the
8   reporting was correct, incorrect, present, or not
9   present.
10       Q.   Okay.  And when --  I forgot to ask when
11  you're discussing the major derogs.  Is it more of
12  a -- an impact on a score if there's multiple major
13  derogs, like one as opposed to two?
14       A.   There is truth to that; but I want to make
15  sure that by saying yes that I'm not suggesting that
16  every derog has a value; and as the clock or the
17  ticker goes, that your score goes down more and more
18  every single time.
19           It's not as clean as just saying the more
20  you have, the more of a problem it is; but there
21  is some truth to having multiple derogs, major derogs
22  being more problematic than having one isolated
23  derog.
24       Q.   Okay.  And then your final Opinion No. 3
25  is on Page 16 of your report.

```
 1    states, "Finally, as it pertains to industry
 2    standards and Citi's reinvestigation process, Mr.
 3    Tarter doesn't know what Citi did to reinvestigate
 4    the Plaintiff's dispute."
 5            Did I read that right?
 6       A.   You did.  Yes, sir.  He makes no mention.
 7            That's right.  Yes.
 8       Q.   Do you know what Citi did to investigate
 9    plaintiff's dispute?
10       A.   We're on the same page there.  He and I
11    were not privy to this -- the actual process that
12    Citi took to dispute it.  We just see the
13    memorialization of those disputes in the form of the
14    ACDVs and the AUDs.
15       Q.   Okay.  Aside from the ACDVs and the AUDs,
16    did you review anything else with regard to the
17    disputes?
18       A.   I don't believe so, unless the dispute
19    letters were part of the plaintiff's production or
20    exhibits to her deposition.
21       Q.   Yeah.  Now that was a bad question then.
22            So just what I intended to ask was if you
23    reviewed anything from Citi that would show what was
24    done during the course of the investigation.
25       A.   Oh.  I don't recall seeing anything like
```

1     that.
2         Q.    Any notes or anything of that sort?
3         A.    Let's see.  I don't believe so.  Not that
4     I recall.
5         Q.    I believe you stated earlier that you
6     didn't talk to anyone from Citi in order to prepare
7     your report?
8         A.    That's correct.
9         Q.    And the final sentence of that first
10    paragraph, "I, on the other hand, have reviewed the 4
11    ACVDs and the 3 AUDs produced in this matter as
12    they're important to my opinion that Citi did, in
13    fact, follow industry standards in their
14    investigations."
15            Did I read that right?
16        A.    You did.
17        Q.    And how do you know based upon those
18    documents that Citi followed industry standards?
19        A.    Well, if, in fact, the foreclosure
20    proceeding had begun, which it -- clearly it had
21    internally at Citi, then the appropriate way to
22    report that action or -- actually, status is a better
23    word than action -- would be using either the BO
24    Special Comment Code that we've talked about or the
25    65 Account Status Code, and that's what's present on

John Ulzheimer

1    the ACDVs and the AUDs.
2            So I guess maybe a different way of saying
3    that would be that whatever Citi did produced an
4    accurate representation of the status of the mortgage
5    account.
6        Q.   What do you mean by accurate?
7        A.   That it represented the fact that a
8    foreclosure proceeding had begun, rather than what I
9    guess is the basis for this lawsuit, which is that
10   Citi reported them as being foreclosed as in past
11   tense, which is -- which they never reported.
12       Q.   Well, if the -- Well, there's nothing
13   within the Metro 2 standard that tells you exactly
14   when a foreclosure begins?
15       A.   That's right. That's not in the -- that's
16   not in any -- And I looked for it. I scoured the
17   things, and I could not find anything in the Metro 2
18   manuals that identified when a foreclosure starts.
19       Q.   And when it starts is outside the scope of
20   your opinion?
21       A.   Say that again.
22       Q.   And when the foreclosure process starts is
23   outside the scope of your opinion?
24       A.   I was not asked to assess. I was not
25   asked to address that, so yes.

```
 1          Q.    Now I think with the final sentence, the
 2     industry standard you're referring to, is that how to
 3     report like BO and 65?
 4          A.    Well, that's --  Yes.   Those are --
 5          Q.    Is the industry --
 6          A.    Yeah.
 7          Q.    Go ahead.
 8          A.    Yeah.  Those are the two options that,
 9     among the other --  There's an entire inventory of
10     codes that can be used to report some status along
11     this process of foreclosure, including forfeiture of
12     deed in lieu of foreclosure; and the only two --
13              And there is a way to report foreclosure,
14     and that particular code was not used by Citi ever in
15     the reporting of the trade line.
16              So you know, BO and Account Status Code 65
17     are the only two that can be used for the foreclosure
18     proceeding started language, which is what was used
19     consistently.
20          Q.    Okay.  And aside from the codes, do you
21     have an opinion as to the investigation, whether that
22     was reasonable that the employees conducted?
23          A.    Well, again, I didn't interview the
24     employees; and so I can't sit here and tell you what
25     they did A through Z.
```

Page 41

```
 1    somewhere in credit reporting that this has to have
 2    happened in order to be able to report anything
 3    regarding foreclosure.
 4         Q.   The Metro 2 simply has the code for
 5    foreclosure started, but doesn't tell you what starts
 6    a foreclosure?
 7         A.   That's right.  There's a --  The BO and
 8    the 65 are the two codes in Metro 2 and the standards
 9    manual to be used when the foreclosure process is
10    started.  That's right.
11              But it --  Right.
12         Q.   And have --
13         A.   To finish your question is no.  It doesn't
14    say wait till this happens before you can do this, or
15    wait till that happens before you can do this.
16         Q.   And if state law required a notice of
17    default to be filed to cement the foreclosure
18    process, would that affect your opinion at all?
19         A.   I don't know.  I'd have --  I mean,
20    clearly, I would have to consider that.
21              But, again, I think internal -- I think
22    the reason --  And I can't say this first person,
23    'cause I was never part of the Metro 2 task force;
24    but I --  One of the reasons why that I believe that
25    the manual is -- doesn't go so far as to say don't
```

Page 44

1    inverifiable or unverifiable entry, then it's got to
2    go.
3         Q.   Okay.  So an internal system's incomplete.
4    Then it'd be reasonable to look at another system,
5    another source?
6         A.   Again, it's all --  It's based on a
7    consumer's dispute.  I mean, the investigation
8    process is driven by whatever the consumer's dispute
9    is as communicated in the language on either the ACDV
10   or whatever the communication the consumer made with
11   the furnisher directly.
12              And so if, you know, if the consumer makes
13   a credit reporting dispute and it's a legitimate
14   credit reporting dispute, not just I don't like this,
15   and your systems don't contain sufficient information
16   to verify a balance or an account status or a date
17   opened or any attribute of a trade line or a
18   collection, then it's either got to go or you've got
19   to look elsewhere.  Microfiche.  I don't know.
20   You've got to look elsewhere to try to verify it.
21              But, you know, the clock's ticking; and if
22   you can't verify it, then it's got to go.
23        Q.   Okay.  With regard to your report and your
24   opinions in this matter, do you have anything else
25   aside from those three?

```
 1        Q.    (By Mr. Loker)  Exactly.  The same page.
 2        A.    Yeah.
 3        Q.    And next to Industry Reporting Standards,
 4   we have, "All accounts must be reported on a monthly
 5   basis."
 6              And that kind of bleeds over into other
 7   depositions, you testified that each furnisher
 8   submits information every 30 days; is that right?
 9        A.    Yeah.  Usually on a every statement cycle
10   period --
11        Q.    Okay.
12        A.    -- which is generally every 30 days.
13        Q.    And every --  What do you call that?
14   The --  Like a refurnishing period, is that how you
15   refer to it?
16        A.    I don't --  I mean, I think informally,
17   when I'm having just like discussions with people or
18   if I'm writing a blog that I know consumers are going
19   to read, that I just refer to it as monthly, because
20   otherwise, you kind of lose people when you start
21   getting into this code stuff but --
22        Q.    Right.
23        A.    -- practically speaking, you know, what
24   actually happens in the industry is that furnishers
25   will -- most furnishers.  Not debt collectors, for
```

Page 55

```
 1        Q.    Correct.
 2        A.    All right.  All right.  And that's Page
 3   5-14 of the actual manual.
 4        Q.    Yes, sir.
 5        A.    All right.
 6        Q.    Okay.  We're looking at account status
 7   codes.
 8        A.    Correct.  Yes.
 9        Q.    ==In particular, we'll kind of touch base on==
10   ==this.  But the very last one on Bates Stamp 304 is==
11   ==Account Status Code 65, and it says, "Account paid in==
12   ==full" or "a foreclosure was started"; is that right?==
13        A.    ==That's right.  That's how it reads on the==
14   ==report.==
15        Q.    And if a foreclosure was not started,
16   would it be correct to use this code?
17        A.    No.  I mean, the --  Using Code 65, some
18   semblance of the foreclosure process has to have been
19   started, that's -- because that's what's being
20   reported.
21        Q.    Okay.  At Page 312, three, one, two.
22        A.    Okay.  So that's 5-22.
23        Q.    Yes, sir.
24        A.    Yeah.  Okay.
25        Q.    We're looking at --
```

Page 58

```
 1                 C E R T I F I C A T E
 2
 3    STATE OF GEORGIA:
 4    COUNTY OF FULTON:
 5
 6             I hereby certify that the foregoing
 7         transcript was taken down, as stated in the
 8         caption, and the questions and answers thereto
 9         were reduced to typewriting under my direction;
10         that the foregoing pages 1 through 83 represent
11         a true, complete, and correct transcript of the
12         evidence given upon said hearing, and I further
13         certify that I am not of kin or counsel to the
14         parties in the case; am not in the regular
15         employ of counsel for any of said parties; nor
16         am I in anywise interested in the result of said
17         case.
18             This, the 28th day of September, 2017.
19
20
21
22
23         [signature: S. Julie Friedman]
24         S. JULIE FRIEDMAN, CCR-B-1476
25
```

Page 85